James X. Bormes (*pro hac vice*)
Illinois State Bar No. 620268
Catherine P. Sons (*pro hac vice*)
Illinois State Bar No. 6290805
LAW OFFICE OF JAMES X. BORMES, P.C.
Illinois State Bar No. 620268
8 South Michigan Avenue, Suite 2600
Chicago, Illinois  60603
(312) 201-0575
jxbormes@bormeslaw.com
cpsons@bormeslaw.com

**LEAD ATTORNEY IN CHARGE FOR
PLAINTIFF AND CLASS MEMBERS**

Thomas M. Ryan (*pro hac vic*e)
Illinois State Bar No. 6273422
LAW OFFICE OF THOMAS M. RYAN, P.C.
35 East Wacker Drive, Suite 650
Chicago, Illinois  60601
(312) 726-3400
tom@tomryanlaw.com
Attorney for Plaintiff

LOCAL COUNSEL:
Michelle R. Matheson #019568
MATHESON & MATHESON, P.L.C.
15300 North 90th Street, Suite 550
Scottsdale, Arizona 85260
(480) 889-8951
mmatheson@mathesonlegal.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Yvonne Carbajal, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Lowe's Home Centers, LLC, a North Carolina limited liability company, and Salesforce, Inc., a Delaware Corporation. | Case No. 2:25-cv-00041-PHX-DJH<br><br>**NOTICE OF FILING FIRST AMENDED COMPLAINT** |

Plaintiff, by her undersigned counsel, pursuant to LRCiv 15.1, hereby provides notice that she filed an Amended Complaint on February 18, 2025 in this matter.  Attached hereto is copy of the Amended Complaint that indicates in what respect it differs from the original Complaint by striking through deleted text that underlining added text.

Respectfully submitted,

Ivonne Carbajal, individually and on behalf of a collective of persons similarly situated,

/s/ Thomas M. Ryan
One of Plaintiff's Attorneys

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 18, 2025, I electronically filed this Notice of Filing and the attached redlined First Amended Complaint with the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Thomas M. Ryan
One of Plaintiff's Attorneys