Gregory J. Marshall (#019886)
Emily R. Parker (#036286)
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602.382.6000
Facsimile: 602.382.6070
gmarshall@swlaw.com
eparker@swlaw.com

*Attorneys for Defendant Salesforce, Inc.*

Snell & Wilmer L.L.P. LAW OFFICES One East Washington Street, Suite 2700 Phoenix, Arizona 85004-2556 602.382.6000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivonne Carbajal, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Lowe's Home Centers, LLC, a North Carolina limited liability company, and Salesforce, Inc., a Delaware corporation,<br><br>Defendants. | No. 2:25-cv-00041-DJH<br><br>**DEFENDANT SALESFORCE, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Defendant Salesforce, Inc. ("Salesforce") respectfully submits this Notice of Supplemental Authority to bring to the Court's attention a recent decision in further support of Salesforce's Motion to Dismiss Plaintiff's First Amended Class Action Complaint [ECF No. 15] (the "Motion").

Attached as **Exhibit A** is a copy of the decision entered on April 16, 2025 in *Williams v. Pacific Sunwear of California LLC*, No. CV-24-02015-PHX-JJT (D. Ariz. Apr. 16, 2025). The plaintiff in *Williams* brought a class action complaint against Pacific Sunwear of California, LLC ("Pacific") for alleged violations of Arizona's Telephone, Utility and Communication Service Records Act (the "TUCSRA"), stemming from

Pacific's alleged use of email tracking pixels. The Arizona District Court granted Pacific's Motion for Judgment on the Pleadings under Rule 12(c), Fed. R. Civ. P., holding that the plaintiff's claim under the TUCSRA failed as a matter of law, because Pacific is not a "communication service provider" and none of the information allegedly collected by the tracking pixels constitutes a "communication service record." *See* Ex. A at 6-9.

This supplemental authority provides further support for several of the arguments in Salesforce's Motion, including that Salesforce is not a "communication service provider" under the TUCSRA, and that the information at issue is not a "communication service record" under the TUCSRA. *See* ECF No. 15 at 12-17.

DATED this 23rd day of April, 2025.

SNELL & WILMER L.L.P.

By: *s/ Emily R. Parker*
Gregory J. Marshall
Emily R. Parker
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
*Attorneys for Defendant Salesforce, Inc.*

Snell & Wilmer L.L.P. LAW OFFICES One East Washington Street, Suite 2700 Phoenix, Arizona 85004-2556 602.382.6000