IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivonne Carbajal,<br><br>              Plaintiff,<br><br>v.<br><br>Lowe's Companies Incorporated, et al.,<br><br>              Defendants. | No. CV-25-00041-PHX-DJH<br><br>**ORDER** |

On November 18, 2025, the Court ordered Plaintiff to show cause why the Arizona Court of Appeals decision in *Smith v. Target Corp.*, 2025 WL 3166035 (Ariz. App. Div. 1, 2025) did not foreclose the claims in her First Amended Complaint. (Doc. 27). On November 25, 2025, Plaintiff filed a Response to the Court's Order to Show Cause. (Doc. 28). In her Response, Plaintiff noted that, under Arizona Rule of Civil Appellate Procedure 22, the *Smith* plaintiff had until November 28, 2025, to file a motion to reconsider, and Plaintiff requested that she be able to advise the Court by December 3, 2025, whether such a motion was filed before agreeing to the dismissal of this case. (*Id.* at ¶¶ 5–6). Plaintiff conceded that absent a motion to reconsider in *Smith* it would be appropriate for the Court to dismiss her First Amended Class Action Complaint. (*Id.* at ¶ 6). The Court granted Plaintiff's request and ordered that a supplemental response regarding *Smith* be filed by December 3, 2025. (*See* Doc. 29). To date, Plaintiff has not filed a supplemental response. Moreover, the docket in *Smith* does not reflect that a motion to reconsider was filed. *See Smith v. Target Corp, et al.*, 1 CA-CV 25-0120.

Based on the precedent set in *Smith v. Target Corp, et al.*, 2025 WL 3166035 (Ariz. App. Div. 1, 2025) and Plaintiff's concession that the recent ruling precludes Plaintiff's claims, the Court finds that it is proper to dismiss Plaintiff's First Amended Class Action Complaint (Doc. 10).

Accordingly,

**IT IS ORDERED** that Plaintiff's First Amended Class Action Complaint (Doc. 10) is **DISMISSED, with prejudice**. The Clerk shall terminate Defendant Lowes Home Centers, LLC's Motion to Dismiss Class Action Complaint (Doc. 14) and Defendant Salesforce, Inc.'s Motion to Dismiss Plaintiff's First Amended Class Action Complaint (Doc. 15).

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to terminate this matter.

Dated this 4th day of December, 2025.

Honorable Diane J. Humetewa
United States District Judge